STANDARD

# U.S. District Court
# District of Maine (Portland)
# CIVIL DOCKET FOR CASE #: 2:09−cv−00188−DBH

| | |
|---|---|
| EDENS TECHNOLOGIES LLC v. KILE GOEKJIAN REED AND MCMANUS PLLC | Date Filed: 05/14/2009 |
| Assigned to: JUDGE D. BROCK HORNBY | Jury Demand: Plaintiff |
| Referred to: MAGISTRATE JUDGE JOHN H. RICH III | Nature of Suit: 360 P.I.: Other |
| related Case: 2:07−cv−00194−DBH | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Personal Injury | |

**Plaintiff**

**EDENS TECHNOLOGIES LLC**     represented by     **PETER W. CULLEY**
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND , ME 04101
791−1100
Email: pculley@pierceatwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL J. SULLIVAN**
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND , ME 04101
207−791−1134
Email: msullivan@pierceatwood.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KILE GOEKJIAN REED AND MCMANUS PLLC**     represented by     **JAMES M. BOWIE**
THOMPSON &BOWIE, LLP
THREE CANAL PLAZA
P.O. BOX 4630
PORTLAND , ME 04112
774−2500
Email: jbowie@thompsonbowie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT C. HATCH**
THOMPSON &BOWIE, LLP
THREE CANAL PLAZA
P.O. BOX 4630
PORTLAND , ME 04112
207−774−2500 ext. 2781
Fax: 207−774−3591
Email: rhatch@thompsonbowie.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2009 | Ï 1 | COMPLAINT against KILE GOEKJIAN REED AND MCMANUS PLLC with Jury Demand<br><br>**IF FILING FEE IS BEING PAID WITH A CREDIT CARD, COUNSEL ARE INSTRUCTED TO IMMEDIATELY LOGIN TO CM/ECF AND DOCKET** *Case Opening Filing Fee Paid* **FOUND IN THE** *Complaints and Other Initiating Documents* **CATEGORY.**<br><br>**IF FILING FEE IS BEING PAID WITH A CHECK, THE COURT REQUIRES RECEIPT OF PAYMENT WITHIN** *48 HOURS* **OF THIS FILING.**, filed by EDENS TECHNOLOGIES LLC. (Service of Process Deadline 9/11/2009)(bfa) (Entered: 05/15/2009) |
| 05/14/2009 | Ï 2 | CIVIL COVER SHEET. (bfa) (Entered: 05/15/2009) |
| 05/14/2009 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by EDENS TECHNOLOGIES LLC. (bfa) (Entered: 05/15/2009) |
| 05/15/2009 | Ï | Filing Fee Paid via Credit Card ( Filing fee $ 350 receipt number 01000000000000585683.), filed by EDENS TECHNOLOGIES LLC.(CULLEY, PETER) (Entered: 05/15/2009) |
| 05/22/2009 | Ï 4 | Summons Issued as to KILE GOEKJIAN REED AND MCMANUS PLLC.<br><br>**Counsel shall print the embossed summons and effect service in the manner in accordance with Fed.R.Civ.P.4.**<br><br>**Note–If you are using Version 6 of Adobe Acrobat, be sure the PRINT WHAT field is set to DOCUMENTS AND COMMENTS (Click File, then Print to check this setting).**<br><br>(mjlt) (Entered: 05/22/2009) |
| 06/15/2009 | Ï 5 | SUMMONS Returned Executed KILE GOEKJIAN REED AND MCMANUS PLLC served on 6/2/2009. (CULLEY, PETER) (Entered: 06/15/2009) |
| 06/15/2009 | Ï | Set Answer Deadline for KILE GOEKJIAN REED AND MCMANUS PLLC : Answer due by 6/22/2009.(cef) (Entered: 06/16/2009) |
| 06/18/2009 | Ï 6 | Unopposed MOTION to Extend Time to File Answer *or Otherwise Plead* by KILE GOEKJIAN REED AND MCMANUS PLLC Responses due by 7/9/2009. (BOWIE, JAMES) (Entered: 06/18/2009) |
| 06/21/2009 | Ï 7 | ORDER granting without objection 6 Motion for Extension of Time to Answer. The defendant shall file its answer or other responsive pleading by July 7, 2009. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 06/21/2009) |
| 06/22/2009 | Ï | Reset Answer Deadline for KILE GOEKJIAN REED AND MCMANUS PLLC: Answer due by 7/7/2009.(nrg) (Entered: 06/22/2009) |
| 06/29/2009 | Ï | Set Deadlines : Corporate Disclosure Statement due from Kile Goekjian Reed and McManus PLLC by 7/6/2009.(kic) (Entered: 06/29/2009) |
| 07/06/2009 | Ï 8 | CORPORATE DISCLOSURE STATEMENT by KILE GOEKJIAN REED AND MCMANUS PLLC. (BOUCHARD, HILLARY) (Entered: 07/06/2009) |
| 07/07/2009 | Ï 9 | MOTION to Dismiss by KILE GOEKJIAN REED AND MCMANUS PLLC Responses due by 7/28/2009. (BOWIE, JAMES) (Entered: 07/07/2009) |

| | | |
|---|---|---|
| 07/07/2009 | Ï 10 | MOTION to Change Venue by KILE GOEKJIAN REED AND MCMANUS PLLC Responses due by 7/28/2009. (Attachments: # 1 Exhibit A)(BOWIE, JAMES) (Entered: 07/07/2009) |
| 07/17/2009 | Ï 11 | NOTICE of Appearance by MICHAEL J. SULLIVAN on behalf of EDENS TECHNOLOGIES LLC (SULLIVAN, MICHAEL) (Entered: 07/17/2009) |
| 07/28/2009 | Ï 12 | RESPONSE to Motion re 9 MOTION to Dismiss filed by EDENS TECHNOLOGIES LLC. Reply due by 8/10/2009. (SULLIVAN, MICHAEL) (Entered: 07/28/2009) |
| 07/28/2009 | Ï 13 | RESPONSE to Motion re 10 MOTION to Change Venue filed by EDENS TECHNOLOGIES LLC. Reply due by 8/10/2009. (SULLIVAN, MICHAEL) (Entered: 07/28/2009) |
| 07/28/2009 | Ï 14 | AFFIDAVIT of Kurt Olafsen re 13 Response to Motion *to Change Venue* filed by EDENS TECHNOLOGIES LLC. (SULLIVAN, MICHAEL) (Entered: 07/28/2009) |
| 07/28/2009 | Ï 15 | AFFIDAVIT of Michael J. Sullivan re 13 Response to Motion *to Change Venue* filed by EDENS TECHNOLOGIES LLC. (Attachments: # 1 Exhibit 1)(SULLIVAN, MICHAEL) (Entered: 07/28/2009) |
| 08/03/2009 | Ï 16 | Consent MOTION to Extend Time to File Reply Memoranda in Support of Defendant's Motion to Dismiss and Motion to Transfer Venue *to 8/17/09* by KILE GOEKJIAN REED AND MCMANUS PLLC Responses due by 8/24/2009. (BOWIE, JAMES) (Entered: 08/03/2009) |
| 08/04/2009 | Ï 17 | ORDER granting without objection 16 Motion to Extend Time to File Reply to Motion to Dismiss and Motion to Transfer Venue. By MELODY WHITTEN, DEPUTY CLERK (mnw) (Entered: 08/04/2009) |
| 08/04/2009 | Ï | Reset Deadlines as to 9 MOTION to Dismiss and 10 MOTION to Change Venue – Per Order #17: Reply deadline reset to 8/17/2009.(mnw) (Entered: 08/04/2009) |
| 08/17/2009 | Ï 18 | REPLY to Response to Motion re 9 MOTION to Dismiss filed by KILE GOEKJIAN REED AND MCMANUS PLLC. (Attachments: # 1 Appendix A)(BOWIE, JAMES) (Entered: 08/17/2009) |
| 08/17/2009 | Ï 19 | REPLY to Response to Motion re 10 MOTION to Change Venue filed by KILE GOEKJIAN REED AND MCMANUS PLLC. (BOWIE, JAMES) (Entered: 08/17/2009) |
| 08/18/2009 | Ï 20 | NOTICE OF HEARING re: 9 MOTION to Dismiss and 10 MOTION to Change Venue. Oral Argument set for 9/9/2009 at 2:00 PM in Courtroom 2 before JUDGE D. BROCK HORNBY. (mnw) (Entered: 08/18/2009) |
| 09/09/2009 | Ï 21 | Minute Entry for proceedings held before JUDGE D. BROCK HORNBY.Oral Argument held re 9 MOTION to Dismiss and 10 MOTION to Change Venue. (Court Reporter LORI DUNBAR) (mnw) (Entered: 09/09/2009) |
| 09/18/2009 | Ï 22 | DECISION AND ORDER ON DEFENDANT'S MOTION FOR A TRANSFER OF VENUE granting 10 Motion to Change Venue and leaving resolution of 9 Motion to Dismiss to the District of Columbia. By JUDGE D. BROCK HORNBY. (mnw) (Entered: 09/18/2009) |
| 09/18/2009 | Ï 23 | NOTICE –In accordance with Decision and Order #22, if no Notice of Appeal is filed by 9/25/2009 the Clerk's Office will transfer this case to the District of Columbia. (mnw) (Entered: 09/18/2009) |